**ABATE & PREUSS**
ATTORNEYS AT LAW
~
333 Park Avenue South, Suite 3A, New York, NY 10010
TEL: (212) 227-9003 • FAX: (212) 937-2112

August 4, 2025

**VIA ECF AND EMAIL**

Hon. Judge Ronnie Abrams
Thurgood Marshall United States Courthouse
40 Foley Square
New York, New York  10007

Re: **Request to Adjourn Upcoming Hearing**
*United States v. Deshawn Legrier*, 15 Cr. 00206 (RA)

Dear Judge Abrams:

      The VOSR hearing in the above-captioned case is currently scheduled for this Wednesday, August 6, at 11:30 a.m. The government and I have been in contact with Mr. Legrier's probation officer, Mr. Michael Estreicher, regarding the status of Mr. Legrier's New Jersey case, which is the main basis for the VOSR. We are informed that the New Jersey proceeding has been adjourned to August 26, 2025.

      The parties all agree that it does not make sense to appear before the resolution of the New Jersey case. Therefore, we respectfully request that the case be adjourned to Thursday, September 4, 2025, at a time convenient to the Court. All parties are available on that date, but not in the ensuing weeks. (I am starting a state trial the following week, and AUSA Roque is starting a trial the last week of September.)

      Thank you for your consideration of this matter.

Sincerely,

*Camille M. Abate*

Camille M. Abate, Esq.

cc:    AUSA Daniel Roque (via email and ECF)
        Probation Officer Michael Estreicher (via email)

Application granted. The VOSR hearing is adjourned to September 4, 2025 at 2:00 p.m.

SO ORDERED.

_____
Ronnie Abrams, U.S.D.J.
August 4, 2025