UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>v.<br><br>DESHAWN LEGRIER,<br><br>Defendant. | No. 15-CR-206 (RA)<br><br>ORDER |

RONNIE ABRAMS, United States District Judge:

In light of Mr. Legrier's medical and mobility issues, at the suggestion of the Probation Department and on the consent of Mr. Legrier, the location monitoring condition imposed by Judge Figueredo on September 10, 2025 is temporarily suspended. Mr. Legrier shall be released on the other conditions previously imposed, subject to any warrants or detainers. The parties shall submit a status letter by September 12, 2025, proposing next steps and whether a conference is necessary prior to the one scheduled for October 8, 2025 at 11:30 a.m.

SO ORDERED.

Dated:  September 11, 2025
        New York, New York

_____
Ronnie Abrams
United States District Judge