# CAMILLE M. ABATE, ESQ.
ATTORNEY AT LAW
333 Park Avenue South, Suite 3A, New York, NY 10010
TEL: (212) 227-9003 • FAX: (212) 937-2112

January 2, 2026

Application granted. The VOSR is rescheduled to February 11, 2026 at 12:30 p.m.

**VIA ECF AND EMAIL**

Hon. Judge Ronnie Abrams
Thurgood Marshall United States Courthouse
40 Foley Square
New York, New York 10007

SO ORDERED.

_____

Ronnie Abrams, U.S.D.J.
January 5, 2026

### Re: Update and Request to Adjourn VOSR Hearing
*United States v. Deshawn Legrier*, 15 Cr. 00206 (RA)

Dear Judge Abrams:

The VOSR hearing in the above-captioned case is currently scheduled for next Friday, January 9, at 2:00 p.m. There have been a few developments that the parties believe necessitate one more continuance of the VOSR hearing. We have been in contact with Mr. Legrier's probation officer, Mr. Michael Estreicher, about these issues, and he also agrees that an adjournment is necessary.

First, Mr. Legrier's New York State drug case, currently calendared for a virtual appearance (due to defendant's injuries) on February 2, 2026, may be discontinued. Assistant District Attorney Michael Perez has informed me that his office does not want to prosecute the drug case but rather wants the defendant to testify against his shooter, who has been arrested and will be prosecuted for attempted murder and other charges. I had to cancel my call with Mr. Legrier to discuss this due to being ill over the holidays with the flu. I hope to discuss this with him next week and coordinate with the ADA to hopefully make this happen.

Second, Mr. Legrier's New Jersey case, the main basis for the VOSR and which was downgraded to a disorderly persons charge, has not yet been resolved and is scheduled in the municipal court for January 29, 2026.

Finally, both myself and AUSA Daniel Roque are changing employment. Mr. Roque is leaving the SDNY office shortly and a new AUSA will be appointed to take over. I have received a conditional offer of employment from the City of New York and am leaving the private practice

of law within the next month or so, when the background vetting is completed. Therefore, a new CJA attorney will have to be assigned at some point in the near future.

Given this situation, the parties believe that the VOSR hearing should be continued to a date in mid to late February, 2026, that is convenient to the Court.

Thank you for your consideration of this matter.

Sincerely,

*Camille M. Abate*

Camille M. Abate, Esq.

cc:     AUSA Daniel Roque (via email and ECF)
         Probation Officer Michael Estreicher (via email)