**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

```
----------------------------------------x
                                        :
UNITED STATES OF AMERICA                :
                                        :
        -against-                       :              ORDER
                                        :
                                        :
                                        :
                                        :                _____
                                        :                 Docket #
----------------------------------------x
```

_____, **DISTRICT JUDGE:**
     Judge's Name

The C.J.A. attorney assigned to this case

_____ is hereby ordered substituted
     Attorney's Name

and the representation of the defendant in the above captioned

matter is assigned to _____, NUNC-PRO-TUNC _____.

                    Attorney's Name

                              **SO ORDERED.**

                    _____
                    **UNITED STATES DISTRICT JUDGE**

**Dated:   New York, New York**
          February 11, 2026