UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

|  |  |
|---|---|
| UNITED STATES OF AMERICA,<br><br>v.<br><br>DESHAWN LEGRIER,<br><br>          Defendant. | No. 15-CR-206<br><br>ORDER |

RONNIE ABRAMS, United States District Judge:

For the reasons discussed at today's conference, Mr. Legrier's supervised release conditions are modified to include the following:

- Home Incarceration: You are restricted to your residence at all times except for medical necessities and Court appearances or other activities specifically approved by the Court.

- You must be monitored by location monitoring technology, which shall be at the discretion of the probation officer, until the Court orders it be removed and must abide by all technology requirements. You must pay all or part of the costs of participation in the location monitoring program as directed by the Court and the probation officer.

- The selected form of location monitoring technology must be utilized to monitor your compliance with home incarceration and your movement in the community.

SO ORDERED.

Dated:    February 20, 2026
           New York, New York

Ronnie Abrams
United States District Judge