

**CH**
SCHOLAR
**LAW FIRM, P.L.L.C**

225 BROADWAY
SUITE 715
NEW YORK, NY 10007
T: 212 323 6922
F: 212 323 6923

April 6, 2026

**BY E-MAIL and ECF**

The Honorable Ronnie Abrams
United States District Judge
Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square
New York, New York 10007

Application granted. The VOSR conference
is adjourned to May 15, 2026 at 10:00 a.m.

SO ORDERED.

Ronnie Abrams, U.S.D.J.
April 7, 2026

RE:     *United States v. Deshawn Legrier*
        15 Cr. 206 (RA)

Dear Judge Abrams:

I represent Mr. Legrier as defense counsel pursuant to the provisions of the Criminal Justice Act ("CJA"), 18 U.S.C. S3006A.  On February 11, 2026, Mr. Legrier appeared before Your Honor on a pending violation of supervised release.  The matter was adjourned, Mr. Legrier was released, and an amended violation petition containing additional charges based on state criminal offenses and curfew violations was filed. Thereafter, on February 20, 2026 Mr. Legrier was arraigned on the amended violation of supervised release.  At that time, the Court held a detention hearing and released Mr. Legrier, modifying his previous conditions of release to include home incarceration.  The matter was adjourned until April 10, 2026 to allow Mr. Legrier to seek further medical attention due to the injuries he suffered as a result of a gunshot wound and also to respond to state court pursuant to his recent arrest.  I am writing respectfully to request that the violation of supervised release hearing scheduled for April 10, 2026 be adjourned to a date in the middle of May 2026 to permit Mr. Legrier to continue to recover from his injuries and to resolve his open cases in state criminal court.

The defense has conferred with the Government and the Department of Probation and they do not oppose this request.  Mr. Legrier has complied with the conditions of release the Court imposed on February 20, 2026.  In addition, Mr. Legrier reports that one of his cases in New York Criminal Court was dismissed.  Mr. Legrier is scheduled to appear in a New Jersey criminal court on April 9, 2026 and in New York Criminal Court on his remaining case on May 5, 2026.  The defense respectfully requests that the Court adjourn this matter so that Mr. Legrier may continue to resolve his open cases during that time.

Respectfully submitted,

/s/

Calvin H. Scholar

cc:    AUSA Samantha Fry
       USPO Michael Estreicher

2