

225 BROADWAY
SUITE 715
NEW YORK, NY 10007
T: 212 323 6922
F: 212 323 6923

May 7, 2026

**BY E-MAIL and ECF**

The Honorable Ronnie Abrams
United States District Judge
Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square
New York, New York 10007

RE:    *United States v. Deshawn Legrier*
       15 Cr. 206 (RA)

Dear Judge Abrams:

Application granted. The VOSR is adjourned to July 17, 2026 at 2:00 p.m.

SO ORDERED.

_____
Ronnie Abrams, U.S.D.J.
May 8, 2026

     I represent Mr. Legrier as defense counsel pursuant to the provisions of the Criminal Justice Act ("CJA"), 18 U.S.C. S3006A. Mr. Legrier is before Your Honor due to a pending violation of supervised release. The matter was adjourned from April 10, 2026 to May 15, 2026 to permit Mr. Legrier to continue to resolve some of the state criminal cases which form the basis of several specifications of the pending violation of supervised release. I am writing respectfully to advise the Court that Mr. Legrier's state court case was adjourned to July 14, 2026. I respectfully request that the violation of supervised release hearing scheduled for May 15, 2026 be adjourned to a date after July 14, 2026 to allow Mr. Legrier to continue to resolve his open cases in state criminal court. The defense has conferred with the Government and the Department of Probation and they do not oppose this request. Mr. Legrier remains in compliance with the conditions of release the Court imposed on February 20, 2026.

Respectfully submitted,

/s/

Calvin H. Scholar

cc:    AUSA Samantha Fry
       USPO Michael Estreicher