CH
SCHOLAR
LAW FIRM, P.L.L.C

225 BROADWAY
SUITE 715
NEW YORK, NY 10007
T: 212 323 6922
F: 212 323 6923

July 9, 2026

**BY E-MAIL and ECF**

The Honorable Ronnie Abrams
United States District Judge
Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square
New York, New York 10007

Application granted. The VOSR conference is rescheduled to September 9, 2026 at 12:00 p.m.

SO ORDERED.

Ronnie Abrams, U.S.D.J.
July 9, 2026

RE: *United States v. Deshawn Legrier*
15 Cr. 206 (RA)

Dear Judge Abrams:

I represent Mr. Legrier as defense counsel pursuant to the provisions of the Criminal Justice Act ("CJA"), 18 U.S.C. S3006A. Mr. Legrier is before Your Honor due to a pending violation of supervised release. The matter was adjourned from May 2026 to July 17, 2026 to permit Mr. Legrier to continue to resolve the state criminal cases which form the basis of several specifications of the pending violation of supervised release. I am writing respectfully to advise the Court that Mr. Legrier's state court case in New Jersey was adjourned to August 13, 2026 and his New York state court case has been scheduled for July 14, 2026. The defense respectfully requests that the Court adjourn the conference scheduled for July 17, 2026 to allow Mr. Legrier to continue to resolve his open cases in state criminal court. I have conferred with the Government and the Department of Probation and they do not oppose this request. Mr. Legrier remains in compliance with the conditions of release the Court imposed on February 20, 2026. I respectfully request that the violation of supervised release hearing scheduled for July 17, 2026 be adjourned to September 9, 2026 or September 11, 2026.[1]

Respectfully submitted,

/s/

Calvin H. Scholar

cc: AUSA Samantha Fry
USPO Michael Estreicher

[1] Defense counsel is unavailable in August 2026 and the Department of Probation is not available from September 14, 2026 until September 28, 2026.