CH
SCHOLAR
LAW FIRM, P.L.L.C

225 BROADWAY
SUITE 715
NEW YORK, NY 10007
T: 212 323 6922
F: 212 323 6923

July 9, 2026

**BY E-MAIL and ECF**

The Honorable Ronnie Abrams
United States District Judge
Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square
New York, New York 10007

Application granted. The VOSR is rescheduled to November 16, 2026 at 2:30 p.m.

SO ORDERED.

Ronnie Abrams, U.S.D.J.
September 4, 2026

RE: *United States v. Deshawn Legrier*
15 Cr. 206 (RA)

Dear Judge Abrams:

I represent Mr. Legrier as defense counsel pursuant to the provisions of the Criminal Justice Act ("CJA"), 18 U.S.C. S3006A. Mr. Legrier is before Your Honor due to a pending violation of supervised release. The matter was adjourned from May 2026 to July 17, 2026 and then to September 9, 2026 to permit Mr. Legrier to continue to resolve the state criminal cases which form the basis of several specifications of the pending violation of supervised release. The New York state cases have been dismissed and a criminal case in New Jersey is scheduled for November 12, 2026. I am writing respectfully to request that this matter be adjourned until after November 12, 2026. The parties continue to discuss a resolution of this matter through which this case can be resolved in November 2026. The parties are available from November 16, 2026 to November 19, 2026. Mr. Legrier remains in compliance with the conditions of release the Court imposed on February 20, 2026. I respectfully request that the violation of supervised release hearing scheduled for September 9, 2026 be adjourned to November 2026. I have conferred with the Government and Probation and there is no opposition to this request.

Respectfully submitted,

/s/

Calvin H. Scholar

cc: AUSA Samantha Fry
USPO Michael Estreicher