CH SCHOLAR
LAW FIRM, P.L.L.C

225 BROADWAY
SUITE 715
NEW YORK, NY 10007
T: 212 323 6922
F: 212 323 6923

November 6, 2026

**BY E-MAIL and ECF**

The Honorable Ronnie Abrams
United States District Judge
Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square
New York, New York 10007

RE: *United States v. Deshawn Legrier*
15 Cr. 206 (RA)
Request for Modification of Release Conditions
Request for Adjournment

Application granted. The VOSR conference is adjourned to December 2, 2026 at 12:30 p.m. The Court approves the request, on consent, to remove Mr. Legrier's electronic and location monitoring device to receive hand surgery.

SO ORDERED.

Ronnie Abrams, U.S.D.J.
November 6, 2026

Dear Judge Abrams:

I represent Mr. Legrier as defense counsel pursuant to the provisions of the Criminal Justice Act ("CJA"), 18 U.S.C. S3006A. Mr. Legrier is before Your Honor due to a pending violation of supervised release. The matter was adjourned to November 16, 2026 to permit Mr. Legrier to continue to resolve the state criminal cases which form the basis of several specifications of the pending violation of supervised release. At this time, the only open state case is in New Jersey. Mr. Legrier's other matters have been dismissed. I am currently on trial involving a homicide in the case of *People v. Noel Hernandez Francisco*, Ind. No. 74529-23 in New York State Supreme Criminal Court in Bronx County. I am writing to respectfully request an adjournment until December 2, 2026 if possible as the trial will not meet that day.

In addition, Mr. Legrier requires surgery on the nerves in his hand and his current electronic monitoring device prevents him from being examined by certain medical devices. I also write to respectfully request that the Court modify the conditions of release to Order the removal of the electronic and location monitoring device so that he can receive proper medical care and then surgery on his hand. I have conferred with the Government and Pretrial Services. There is no opposition to the request for an adjournment. Similarly, the Government and Pretrial Services consent to the request for the removal of the electronic and location monitoring device. Mr. Legrier has been fully compliant since the condition of location monitoring was imposed.

Respectfully submitted,

/s/

Calvin H. Scholar

cc: AUSA Samantha Fry
USPO Michael E`streicher